IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| AUDRIANA KATHRYN MORSE,<br><br>        Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION,<br><br>        Defendant. | No. 1:23-CV-204<br>JUDGE MICHAEL J. TRUNCALE |

## ORDER ADOPTING REPORT AND RECOMMENDATION AND GRANTING APPLICATION FOR ATTORNEY'S FEES

Before the Court is the Plaintiff's Application for Attorney Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412. [Dkt. 11.] The Commissioner did not file a response, and Plaintiff's certificate of conference stated that she is unopposed. Judge Stetson recommended that the Court grant the Plaintiff's application, and neither party filed objections to her Report and Recommendation. It is therefore

ORDERED that the Report and Recommendation Regarding Attorney Fees is ADOPTED. It is further

ORDERED that the Plaintiff's application for attorney's fees [dkt. 11] is GRANTED and the Commissioner of Social Security shall pay Audriana Kathryn Morse, in care of her attorney, David F. Chermol, an attorney fee in the amount of $1,485.00 and court costs of $402.00. This amount includes fees and compensation for 6.6 hours of service at $125.00 per hour, plus an adjustment for increased costs of living consistent with the Consumer Price Index for the relevant time periods. The court directs that the award be mailed to Audriana Kathryn Morse, in care of her attorney, David F. Chermol, at his office address, Chermol & Fishman LLC, 11450 Bustleton Avenue, Philadelphia, PA 19116. It is further

ORDERED that this award is subject to any beneficial, contractual and/or assignment-based interests held by the Plaintiff's attorney. If successful at the administrative level, the Plaintiff is granted an extension of sixty days from receipt of the Notice of Award from the Social Security Administration to file a motion for attorney's fees under 42 U.S.C. § 406(b).

**SIGNED this 5th day of December, 2023.**

Michael J. Truncale
United States District Judge